# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE DURANT INDUSTRIAL AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>SG BLOCKS, INC.;<br>SAFE & GREEN HOLDINGS CORP.;<br>SG ECHO, LLC;<br>SG DEVELOPMENT CORP.;<br>SAFE & GREEN DEVELOPMENT CORP.,<br>f/k/a SGB DEVELOPMENT CORP.;<br>LV PENINSUAL HOLDINGS, LLC;<br>AUSTERRA STABLE GROUTH FUND, LP;<br>PAUL GALVIN, a/k/a PAUL GAVIN;<br>GERALD SHEERAN;<br>DAVID VILLAREAL; and<br>NICOLAI BRUNE,<br><br>Defendants. | Case No. CIV-24-498-RAW-DES |

## ORDER

Before the court is the Report and Recommendation ("R&R") issued by United States Magistrate Judge D. Edward Snow [Docket No. 49], recommending that the partial motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and (6) filed by Defendants Davil Villarreal and Nicolai Brune [Docket No. 27] be GRANTED. Magistrate Judge Snow found that Plaintiff has failed to show that this court has personal jurisdiction over Defendants Villarreal or Brune, that the claims against them are barred at this stage by 12 OKLA. STAT. § 682 in any event, and that Plaintiff's pure conjecture that Defendants Villarreal or Brune may have had more involvement in an alleged scheme to defraud does not justify jurisdictional discovery. No objection has been filed.

The court finds that the R&R is well-supported. Magistrate Judge Snow correctly determined that this action should be dismissed against Defendants Villarreal and Brune. Accordingly, the R&R [Docket No. 49] is hereby affirmed and adopted as this court's Findings and Order. The partial motion to dismiss [Docket No. 27] is granted, and Defendants Villarreal and Brune are hereby dismissed from this action.

**IT IS SO ORDERED** this 1st day of September, 2026.

**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**